THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
Clerk's Office
USDC, Mass,
Date _____
By _____
Deputy Clerk

BEATRIZ ADRIANZEN  05 10083 NMG
   Plaintiff                    )
                                )   MJ RBC
                                )
V.                              )   CIVIL ACTION FILE NO.
                                )
THOMAS RIDGE, as Secretary of the Department )   RECEIPT # _____
Homeland Security; EDUARDO AGUIRRE, as       )   AMOUNT $ _____
Director of the U.S. Citizenship & Immigration )  SUMMONS ISSUED YES
Services; DENIS C. RIORDAN, District Director )  LOCAL RULE 4.1 _____
of the U.S. Citizenship & Immigration Services for ) WAIVER FORM _____
Boston, Massachusetts                        )   MCF ISSUED _____
        Defendants                           )   BY DPTY. CLK. _____
                                             )   DATE 1/12/05

## COMPLAINT FOR NATURALIZATION PURSUANT TO 8 U.S.C. 1447(b)

NOW comes Beatriz Adrianzen, plaintiff in the above-captioned matter, and hereby states as follows:

1. This action is brought against the Defendants to request that the District Court take jurisdiction of the plaintiff's application pursuant to Sec. 336(b) of the Immigration & Nationality Act [8 U.S.C. 1447(b)] which states if the Department of Homeland Security and the U.S. Citizenship & Immigration Services (formerly the Immigration & Naturalization Service of the Department of Justice) do not render a decision on a naturalization application within 120 days after the date on which the examination is conducted under such section, the applicant may apply to the United States district court for the district and such court has jurisdiction over the matter and may either determine the matter or remand the matter, with appropriate instructions.

PARTIES

2. The Plaintiff, Beatriz Adrianzen, a resident of Massachusetts, is native and citizen of Colombia and a legal permanent resident of the United States, who filed an application for naturalization that was not answered by U.S. Citizenship & Immigration Services (USCIS) formerly the Immigration & Naturalization Service for more than 120 days.

3. The Defendant, Thomas Ridge, is the Secretary of the Department Homeland Security, and this action is brought against him in his official capacity. He is generally charged with enforcement of the Immigration and Nationality Act, and is further authorized to delegate such powers and authority to subordinate employees of the Department of Homeland Security and the Department of Justice. 8 USC §1103(a). More specifically, the Secretary of the Department Homeland Security is responsible for the adjudication of applications for naturalization filed pursuant to the Immigration & Nationality Act (INA). The U.S. Citizenship & Immigration Services is an agency within the Department of

Homeland Security to whom the authority has in part been delegated, and is subject to the Secretary of the Department Homeland Security's supervision.

4. The Defendant, Eduardo Aguirre, Director is an official of the U.S. Citizenship & Immigration Services (USCIS) generally charged with supervisory authority over all operations of the USCIS. As will be shown, the Defendant Director is the official under whose supervision and control the Plaintiff's application for naturalization was adjudicated.

5. The Defendant, Denis C. Riordan, District Director is an official of the U.S. Citizenship & Immigration Services (USCIS) generally charged with supervisory authority over all operations of the USCIS within his District with certain specific exceptions not relevant here. 8 CFR §103.1(g)(2)(ii)(B). As will be shown, Defendant District Director is the official whose office has been processing various parts of the Plaintiff's application for naturalization that was properly filed.

## JURISDICTION

6. Jurisdiction in this case is proper under INA Section 310(c). According to said statute judicial review is available the plaintiff whose application for naturalization, after an examination before an immigration officer under INA Section 336(b), this court may either determine the matter or remand the matter, with appropriate instructions.

## VENUE

7. Venue is proper in this court, pursuant to 28 USC §1391(e), in that this is an action against officers and agencies of the United States in their official capacities, brought in the District where a Defendant is located and performs his official duties.

## CAUSE OF ACTION
De Novo Review of Application for Naturalization

8. On or about June 4, 2003 the Plaintiff was examined in connection with her application for naturalization (Form N-400) and the defendants have not rendered a decision on her application to date. At the time of the examination the adjudicating officer determined that the Plaintiff had passed the naturalization examination.

9. On or about December 12, 2003, March 11, 2004 and April 13, 2004 the Plaintiff made telephonic inquries about the status of her case, but was not provided with any substantive information.

10. On or about April 14, 2004 and April 21, 2004 the Plaintiff appeared at the defendant's office to submit to a fingerprint examination in order to expedite the processing of her petition.

11. On or about October 6, 2004 and December 15, 2004 the Plaintiff appeared at the

Defendant's office to obtain information or an explanation for the lengthy delay and was not provided with a substantive answer.

12. To date the government has not rendered a decision in connection with the Plaintiff's application.

## PRAYER

13. WHEREFORE, in view of the arguments and authority noted herein, Plaintiff respectfully prays that the Defendants be cited to appear herein and that, upon due consideration, the Court:

   (a) Conduct a hearing de novo on the application;

   (b) Grant the Plaintiff's request for Naturalization as a U.S. Citizen; and

   (c) Granting such other relief at law and in equity as justice may require.

The Plaintiff,
By his Attorneys,

Desmond P. FitzGerald
FitzGerald & Company, LLC
18 Tremont Street, Suite 210
Boston, Massachusetts 02108
Telephone (617) 523-6320
Facsimile (617) 523-6324
dfitzgerald@fitzgeraldlawcompany.com
Bar No. 461613

Beatriz R. Adrianzen- Applicant
A# 076-959-399

Exhibit A

Copy of Permanent Resident Card.



U.S. Department of Justice
Immigration and Naturalization Service

**Notice of Action**

## THE UNITED STATES OF AMERICA

| | |
|---|---|
| Interview Descheduled by INS | **NOTICE DATE** February 05, 2003 |
| **CASE TYPE** N400   Application For Naturalization | **INS A#** A 076 959 399 |
| **APPLICATION NUMBER** ESC*000896197 | **RECEIVED DATE** August 03, 2002 | **PRIORITY DATE** August 03, 2002 | **PAGE** 1 of 1 |

**APPLICANT NAME AND MAILING ADDRESS**
BEATRIZ R ADRIANZEN
103 71 WESTLAND AVE
BOSTON MA  02115

This is to advise you that, due to unforeseen circumstances, we have had to cancel the previously scheduled interview on Thursday, February 27, 2003       at 01:40 PM     for the above applicant.  We regret any inconvenience this may cause.

We will advise you of any further action taken on this case, including any rescheduled interview information, under separate notice.

If you have any questions or comments regarding this notice or the status of your case, please contact our office at the below address or customer service number.  You will be notified separately about any other cases you may have filed.

**INS Office Address:**                                            **INS Customer Service Number:**
US IMMIGRATION AND NATURALIZATION SERVICE          (802) 527-4913
JFK FEDERAL BUILDING
GOVERNMENT CENTER
BOSTON MA 02203-



Form I-797C (Rev. 09/07/93) N

Beatriz R. Adrianzen- Applicant
A# 076-959-399

Exhibit C.

Naturalization Interview Results.

Beatriz R. Adrianzen- Applicant
A# 076-959-399

**U.S. Department of Justice**
**Immigration and Naturalization Service**                                    Naturalization Interview Results

A #: __76959399__

On __6__, __4__, 2003, you were interviewed by INS Officer __C. Abdelkader__

[✓] You passed the tests of English and U.S. history and government.

[ ] You passed the test U.S. history and government and the English language requirement was waived.

[ ] The Service has accepted your request for a Disability Exception. You are exempted from the requirement to demonstrate English language ability and/or knowledge of U.S. history and government.

[ ] You will be given another opportunity to be tested on your ability to ____ speak/ ____ read/ ____ write English.

[ ] You will be given another opportunity to be tested on your knowledge of U.S. history and government.

[ ] Please follow the instructions on the Form N-14.

[ ] INS will send you a written decision about your application.

[ ] You did not pass the second and final test of your ____ English ability/ ____ knowledge of U.S. history and government. You will not be rescheduled for another interview for this N-400. INS will send you a written decision about your application.

A) _____ **Congratulations! Your application has been recommended for approval.** At this time, it appears that you have established your eligibility for naturalization. If final approval is granted, you will be notified when and where to report for the Oath Ceremony.

B) __✓__ A decision cannot yet be made about your application.

**It is very important that you:**

- ✓ Notify INS if you change your address.
- ✓ Come to any scheduled interview.
- ✓ Submit all requested documents.
- ✓ Send any questions about this application in writing to the officer named above. Include your full name, A-number, and a copy of this paper.
- ✓ Go to any oath ceremony that you are scheduled to attend.
- ✓ Notify INS as soon as possible in writing if you cannot come to any scheduled interview or oath ceremony. Include a copy of this paper and a copy of the scheduling notice.

4-14-04
Conf # GFW G7342
E160

Beatriz R. Adrianzen- Applicant
A# 076-959-399

Exhibit D.

InfoPass Appointment Letter





Click here to print this screen

| | |
|---|---|
| Name: | **Beatriz R Adrianzen** |
| Appointment Type: | **Information Question** |
| Confirmation No.: | **BOS-04-3391**   Authentication Code:   **f5a** |
| Appointment Date: | **September 9, 2004**   Appointment Time:   **11:30 AM** |
| Location: | **JFK FEDERAL BUILDING, GOVERNMENT CENTER, Boston, MA 02203; Room E-160** |

Please be on time. Failure to show up on time will result in the cancellation of your appointment. You will then need to reschedule your appointment. You will not be admitted more than 15 minutes before your scheduled appointment time.

- You must appear in person and bring photo identification along with this appointment letter.
- Acceptable forms of identification are any of the following: Government issued identification, passport, valid driver's license, I-94, Work Authorization Card, or Permanent Resident Card. (Green Card)
- In order to serve you more efficiently, we require you to bring all applicable immigration forms, letters, receipts, translations and originals of supporting documents.
- Please note, if you need to file an I-90 application to replace an expired Form I-551 "Green Card", you cannot make an appointment using Infopass. These application must be filed at the Application Support Center on 170 Portland Street in Boston and you may call 1-800-375-5283 to schedule an appointment.

This is your Confirmation Number:   \*BOS-04-3391\*

**If you wish to cancel this appointment, you will need the following Personal Identification Number:**
*80214*

Thank you for using InfoPass
Return to USCIS On-Line

https://infopass.uscis.gov/infopass.php?schednum=74337                                                          9/3/2004

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. Title of case (name of first party on each side only) __Beatriz Adrianzen v. Thomas Ridge__

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet. (See local rule 40.1(a)(1)).

   - [ ] I.   160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.
   - [x] II.  195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730,   *Also complete AO 120 or AO 121
              740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.       for patent, trademark or copyright cases
   - [ ] III. 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
              315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
              380, 385, 450, 891.
   - [ ] IV.  220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660,
              690, 810, 861-865, 870, 871, 875, 900.
   - [ ] V.   150, 152, 153.

3. Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?
   YES [ ]   NO [x]

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest? (See 28 USC §2403)
   YES [ ]   NO [x]

   If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?
   YES [x]   NO [ ]

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?
   YES [ ]   NO [ ]

7. Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).
   YES [x]   NO [ ]

   A. If yes, in which division do all of the non-governmental parties reside?
      Eastern Division [x]   Central Division [ ]   Western Division [ ]

   B. If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?
      Eastern Division [ ]   Central Division [ ]   Western Division [ ]

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)
   YES [ ]   NO [ ]

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME  __Desmond P. FitzGerald__
ADDRESS  __FitzGerald & Company, LLC. 18 Tremont Street, suite 210, Boston, MA 02108__
TELEPHONE NO.  __(617) 523-6320__

(Coversheetlocal.wpd - 10/17/02)

%JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Beatriz Adrianzen

### DEFENDANTS
Thomas Ridge, Secretary of the Department of Homeland Security; Eduardo Aguirre, Director of U.S. Citizenship and Immigration Services; Denis C. Riordan, District Director, USCIS

(b) County of Residence of First Listed Plaintiff   **Suffolk**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Desmond P. FitzGerald, FitzGerald & Company, LLC.
18 Tremont Street, suite 210, Boston, MA 02108

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY / PERSONAL INJURY | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine / PERSONAL PROPERTY | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☒ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / Habeas Corpus: | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 535 Death Penalty | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / ☐ 540 Mandamus & Other | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights / ☐ 550 Civil Rights | | | |
| | / ☐ 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
**8 USC 1447(b)**
Brief description of cause: The Defendants have not adjudicated the plaintiff's application as required by law.

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____
DOCKET NUMBER _____

DATE  January 7, 2005
SIGNATURE OF ATTORNEY OF RECORD   [signature]

FOR OFFICE USE ONLY

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____