THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

*FILED
IN CLERKS OFFICE
2005 JAN 20  P 12: 50
U.S. DISTRICT COURT
DISTRICT OF MASS*

| | | |
|---|---|---|
| BEATRIZ ADRIANZEN, | ) | |
| Plaintiff | ) | |
| | ) | |
| V. | ) | CIVIL ACTION FILE NO. |
| | | **05 10083 NMG** |
| THOMAS RIDGE, as Secretary of the Department | ) | |
| of Homeland Security; EDUARDO AGUIRRE, | ) | |
| Director of the Bureau of Citizenship & | ) | |
| Immigration Services; DENIS C. RIORDAN, as | ) | |
| District Director of the U. S. Citizenship & | ) | |
| Immigration Services for Boston Massachusetts, | ) | |
| Defendants | ) | |

## STIPULATION OF DISMISSAL

   NOW comes the plaintiff, Beatriz Adrianzen, by and through the undersigned counsel, and hereby requests this Honorable Court dismiss the above-entitled action.  As grounds for this motion the plaintiff submits that the United States Citizenship and Immigration Services approved the plaintiff's petition and therefore the plaintiff may dismiss the action with prejudice.

The Plaintiff,
By her Attorney,

Desmond P. FitzGerald
FitzGerald & Company, LLC
18 Tremont Street, Suite 210
Boston, Massachusetts 02108
Telephone (617) 523-6320
Facsimile  (617) 523-6324
dfitzgerald@fitzgeraldlawcompany.com
BBO No. 634881